UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERA CARVALHO &<br>SEBASTIAO CARVALHO NEVES<br>       Plaintiffs,<br><br>v.<br><br>THE NEW YORK MORTGAGE COMPANY,<br>LLC and BAC HOME LOANS SERVICING,<br>L.P.<br>       Defendants. | Case No. 1:09-cv-11659-JGD |

**STIPULATION OF DISMISSAL AS TO DEFENDANT HYPOTHECA CAPITAL, LLC F/K/A THE NEW YORK MORTGAGE COMPANY LLC ONLY WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Vera Carvalho and Sebastiao Carvalho Neves and Defendant Hypotheca Capital, LLC f/k/a The New York Mortgage Company, LLC[1] hereby stipulate to the dismissal of this action against Defendant Hypotheca only with prejudice, each party to be responsible for its own attorneys' fees and costs. All rights of appeal are waived.

Plaintiffs
VERA CARVALHO and
SEBASTIAO CARVALHO NEVES,
By their attorney,

*/s/ Hannah C. Burrows*
George N. Piandes, BBO No. 640802
Hannah C. Burrow, BBO NO. 673722
George@gnplawfirm.com
Hannah@gnplawfirm.com
The Law Office of George N. Piandes, P.C.
873 Waverly Street
Framingham, MA 01702
Tel. 508.872.8000

Dated:  December 22, 2010

Defendant
HYPOTHECA CAPITAL, LLC f/k/a THE
NEW YORK MORTGAGE COMPANY,
LLC
By its attorneys,

*/s/ Amy B. Hackett*
Richard E. Briansky, BBO No. 632709
rbriansky@princelobel.com
Joseph P. Calandrelli, BBO No. 666128
jcalandrelli@princelobel.com
Amy B. Hackett, BBO No. 676345
ahackett@princelobel.com
**PRINCE, LOBEL, GLOVSKY & TYE LLP**
100 Cambridge Street, Suite 2200
Boston, MA 02114
Tel:  617.456.8000

---

[1] The Carvalhos improperly named this Defendant as New York Mortgage Company, LLC.
1246676.3 103602/0